AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Cole Kroshus, Bar No. 345790
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
ckroshus@awglaw.com

Attorneys for Defendant IQBAR, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SHAHINIAN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IQBAR, INC., *a Delaware corporation*,<br><br>Defendant. | Case No.: 8:25-cv-01112-JLS-PD<br><br>**DEFENDANT IQBAR, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Date:** January 16, 2026<br>**Time:** 10:30 a.m.<br>**Place:** Courtroom 8A<br><br>Honorable Josephine L. Staton |

# NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on January 16, 2026, at 10:30 a.m. or as soon thereafter as may be heard by the Honorable Josephine L. Staton, Courtroom 8A – 8th Floor, First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, California 90012, Defendant IQBAR, Inc. will, and hereby does, move the Court for an order dismissing Plaintiff's claim for unjust enrichment, pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion is made on the ground that Plaintiff fails to state a claim for equitable restitution.  The grounds for the motion are more fully set forth in the accompanying Memorandum of Points and Authorities.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the pleadings and files in this action, and such other matters as may be presented at or before any hearing on this motion.

This motion is made following a conference of counsel which commenced on November 21, 2025, with an exchange of written correspondence between counsel for the parties regarding their positions with the respect to this motion, but which because counsel was out of office with poor reception subsequently concluded with a telephone conference on November 25, 2025.

Dated:  November 28, 2025          **AMIN WASSERMAN GURNANI, LLP**


/s/ *William P. Cole*
William P. Cole

*Attorneys for Defendant IQBAR, Inc.*

# CERTIFICATE OF SERVICE
(United States District Court)

I hereby certify that on the 28th day of November, 2025, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *William P. Cole*
William P. Cole